UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER DEMETRIO,<br><br>Plaintiff,<br><br>v.<br><br>AUTO TRUCK AND REPAIR; NORTH COAST HEALTH CENTER LLC; And DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Civil No. 06cv2500-WQH (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE SETTING CASE MANAGEMENT CONFERENCE** |

On <u>January 9, 2007</u> at <u>1:30 p.m.</u> the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference (ENE) in the above-entitled action.[1] Appearing were Theodore Pinnock on behalf of plaintiff and R. Patrick McCullogh on behalf of defendant North Coast Health Center LLC.

///

A Case Management Conference pursuant to Rule 16(b) shall be

---

[1] Due to an unexpected conflict on the Court's calendar, this conference was converted to a telephonic, attorneys-only conference on the morning of January 9, 2007, and counsel for both parties were notified by telephone.

1 | held on **February 8, 2007** at **1:30 p.m.**, or as soon thereafter as the
2 | Court's calendar will allow, with the chambers of Magistrate Judge
3 | Major.  **Counsel shall appear telephonically.**  The Court will
4 | initiate the conference call.
5 |         Parties are hereby warned that failure to comply with this
6 | Order may result in the imposition of sanctions.
7 |         **IT IS SO ORDERED.**
8 | DATED:  January 10, 2007

*[Signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES