# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER DEMETRIO,<br><br>                   Plaintiff,<br>vs.<br>AUTO TRUCK AND REPAIR; NORTH COAST HEALTH CENTER LLC, and DOES 1 through 10 inclusive,<br><br>                   Defendants. | CASE NO. 06CV2500 WQH (BLM)<br><br>ORDER RE: PLAINITFF'S EX PARTE APPLICATION FOR LEAVE TO AMEND CIVIL COMPLAINT |

HAYES, Judge:

     Pending before the Court is Plaintiff's ex parte application for leave to amend its Complaint. (Doc. # 21).

## BACKGROUND

     On November 15, 2006, Plaintiff filed the Complaint in this matter, charging Defendants Auto Truck & Repair and North Coast Health Center LLC (North Coast) with violations of the Americans with Disabilities Act. (Doc. # 1). On December 4, 2006, Defendant North Coast answered and asserted affirmative defenses. (Doc. # 3).

     After the parties attended an early neutral evaluation and a case management conference in early 2007, it became apparent that Plaintiff had sued the wrong parties. (Docs. # 14, 18). Thereafter,

1  on February 7, 2007, Plaintiff attempted to file an Amended Complaint without first seeking leave of
2  the Court. (Doc. # 8). The motion was denied as improper filed. (Doc. # 11).
3        On February 12, 2007, Plaintiff and North Coast filed a joint motion to dismiss North Coast
4  from the Complaint. (Doc. # 9). On February 14, 2007, the Court granted the motion. (Doc. # 13).
5        On July 3, 2007, Plaintiff filed the pending motion to amend the Complaint to add three new
6  parties. (Doc. # 21).

## DISCUSSION & CONCLUSION

8        Pursuant to FED. R. CIV. P. 15(a), a plaintiff may only amend a complaint with leave of the
9  court after a defendant has filed a responsive pleading. However, "leave shall be freely given when
10 justice so requires." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).
11       After reviewing Plaintiff's ex parte application, the Court concludes that justice requires
12 allowing Plaintiff leave to amend the Complaint. Accordingly, Plaintiff's ex parte application to file
13 an Amended Complaint is GRANTED. Plaintiff shall file the Amended Complaint on or before
14 Monday, July 23, 2007.

15 **IT IS SO ORDERED**.

16 DATED: July 9, 2007

17

**WILLIAM Q. HAYES**
18 United States District Judge