FILED

08 JAN 24 PM 4:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>                          Plaintiff,<br>vs.<br>CORNERSTONE AUTOMOTIVE, PEGGY KROPP, and BRUCE KROPP,<br><br>                          Defendants. | CASE NO. 06CV2500 WQH (BLM)<br><br>ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE |

HAYES, Judge:

On November 15, 2006, Plaintiff filed the Complaint in this matter (Doc. # 1), and on August 28, 2007, Plaintiff filed a First Amended Complaint. (Doc. # 24). On January 8, 2008, this Court issued an Order to Show Cause notifying Plaintiff that it would dismiss this case without prejudice on or after January 18, 2008, unless, before that date, Plaintiff filed either (1) proof that service of the summons and First Amended Complaint was timely effectuated, or (2) a declaration under penalty of perjury showing good cause for failure to timely serve Defendants with the summons and the First Amended Complaint within the 120 day period required by FED. R. CIV. P. 4(m). (Doc. # 25).

To date, Plaintiff has not complied with this Court's Order of January 8, 2008. Accordingly, the First Amended Complaint filed by Plaintiff on August 28, 2007, is hereby dismissed without prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED.**

DATE: 1/24/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE